HARRY H. LANG, Appellant, *v.* MILDRED H. HEXTER et al., as Executors of PERCY K. HEXTER, Deceased, et al., Respondents.

Argued February 24, 1943; decided April 8, 1943.

*Charles J. Herson* for appellant.
*Albert Levine* for respondents.

Judgment affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, LEWIS and CONWAY, JJ. Taking no part: DESMOND, J.